UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                    :
:
    -v-                                           :    19-CR-213-2 (LJL)
:
CUONG BANG,                                  :    <u>ORDER</u>
:
    Defendant.                              :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Defendant moves to modify the conditions of his pretrial release (Dkt. #69).  The motion is denied.  The present conditions are the least restrictive conditions that will reasonably assure the appearance of the defendant as required and the safety of other persons and the community, 18 U.S.C. 3142(c), in light of the seriousness and nature of the charged offenses, the strength of the evidence, and the defendant's conduct while on release.


    SO ORDERED.

Dated: October 29, 2020
       New York, New York
                                       LEWIS J. LIMAN
                                   United States District Judge