UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA           :    **TRANSPORTATION ORDER**

       - v -                                   :    19 Cr. 213 (LJL)

Cuong Bang,                              :

                 Defendant.   :

------------------------------------x

Upon the application of Cuong Bang, by his attorney, Sabrina Shroff, Esq., pursuant to 18 U.S.C. § 4282, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Cuong Bang with funds to cover the cost of travel between New York, New York and Los Angeles, California, to travel on September 1, 2021 to arrive in New York no later than 10:00 a.m.; and it is hereby further

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:   New York, New York          **SO ORDERED:**
         August 6, 2021

                                                           8/13/2021
                                      _____
                                      HONORABLE LEWIS J. LIMAN
                                      United States District Judge