UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                        :
:
        -v-                                      :      19-CR-213-2 (LJL)
:
CUONG BANG,                                      :      <u>ORDER</u>
:
        Defendant.                               :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a Change of Plea hearing on October 6, 2021 and denied the defendant's application for bail.  The defendant is remanded to the custody of the Bureau of Prisons.  IT IS HEREBY ORDERED that the defendant, Cuong Bang, surrender to the United States Marshals at 500 Pearl Street, NYC, NY 10007 no later than 2:00PM on October 20, 2021.


      SO ORDERED.

Dated: October 7, 2021
       New York, New York
                                                LEWIS J. LIMAN
                                          United States District Judge