**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

April 4, 2022

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> The Sentencing hearing previously set for April 19, 2022 is rescheduled to April 22, 2022 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. Defendant's submission due April 15, 2022. Government's submission due April 19, 2022.
>
> 4/8/2022   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

**Re:** *United States v. Bang*, 19 Cr. 213 (LJL)

Hon. Judge Liman,

    With the consent of the government, I write to request a short adjournment of Mr. Bang's April 19, 2022 sentencing date.

    I left today for Guantanamo Bay today on business. It was unplanned and I could not move or delay the trip. I am currently scheduled to return to NY over the weekend. Under the current schedule, Mr. Bang's sentencing submission is due April 5, 2022, with the government's response due April 12, 2022. *See* ECF Docket No. 117. In light of this, I respectfully request an additional ten days (up to and including April 15th) to file Mr. Bang's sentencing submission.

    The government has kindly consented to this request, asking that it be given a few additional days to submit its response once Mr. Bang files his submission, and that the sentencing not be rescheduled for May 10, 2022. This is Mr. Bang's third request for an adjournment of sentence. I thank the Court for its continuing attention to this matter.

Respectfully submitted,

*/s/Sabrina P. Shroff*

Sabrina P. Shroff
Counsel to Cuong Bang

SPS/mtf

cc: AUSA Elizabeth Hanft
    Cuong Bang

So Ordered: _____
Hon. Lewis J. Liman