**SABRINA P. SHROFF**
ATTORNEY

80 BROAD STREET
19TH FLOOR
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

April 20, 2021

> REQUEST GRANTED.
> Defendant's reply submission due by April 22, 2022. The Sentencing hearing previously set for April 22, 2022 is rescheduled to April 27, 2022 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 4/20/2022   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Hon. Judge Lewis J. Liman
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Cuong Bang, 19 Cr. 213 (LJL)

Dear Judge Liman,

  With no objection from the government, I write to request a three-day adjournment of the April 22, 2022, sentencing date for Cuong Bang.

  The government filed its sentencing letter on April 19, 2022, to which Mr. Cuong Bang seeks to reply. Should the Court entertain Mr. Bang's request, he would file his reply sentencing submission by Friday, April 22, 2022.

  Sentencing could proceed on any day, convenient to the Court and the government during the week of April 25, 2022. This schedule would allow Mr. Bang to confer with counsel (over the weekend) to discuss the recent filings and allow Mr. Bang to be properly prepared to address the Court at his sentencing hearing.

Respectfully submitted,

/s/
Sabrina P. Shroff
Counsel for Cuong Bang