**SABRINA P. SHROFF**
ATTORNEY AT LAW

80 BROAD STREET
NEW YORK, NEW YORK 10004
TEL: (646) 763-1490

October 16, 2023

**BY ECF**

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> Ms. Sabrina Shroff is appointed under the CJA as counsel for Cuong Bang for purposes of preparing a compassionate release application.
>
> 10/17/2023   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Bang*, 19 Cr. 213 (LJL)

Hon. Judge Liman,

Cuong Bang was sentenced by this Court and is currently serving his sentence at Terminal Island, FCI. I recently emailed with him – to touch base and check up on him, only to learn that he is losing his eyesight. Mr. Bang requested, and I would be pleased to seek compassionate release for him. I write to the Court to seek re-appointment as his counsel as I was his counsel in the case before this court. Mr. Bang, who had zero criminal history points, may also be eligible for retroactive relief come November 1, 2023.

I thank the Court for its continuing attention to this matter.

Respectfully submitted,

/s/*Sabrina P. Shroff*
Counsel to Cuong Bang

SPS/hls
cc: All parties