UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
-v-                                                                :    19-CR-213-2 (LJL)
:
CUONG BANG,                                                        :    SCHEDULING ORDER
:
Defendant.                                                         :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court will hold a scheduling conference in this matter regarding the motion at Dkt. No. 137 on Tuesday, January 23, 2024, at 12:00PM. The conference will be held remotely by telephone and parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101.

SO ORDERED.

Dated: January 18, 2024
       New York, New York

                                                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge