```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
        -v-                                                  :
                                                             :       19-cr-213-002 (LJL)
CUONG BANG,                                                  :
                                                             :            ORDER
                     Movant-Defendant.                       :
                                                             :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/6/24

LEWIS J. LIMAN, United States District Judge:

Movant-Defendant Cuong (Jay) Bang, currently serving an 80-month sentence at FCI Terminal Island, moves, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), for compassionate release, on the basis of his rapidly progressing blindness and the nature of his offense.  Dkt. No. 137.  The government consented to Mr. Bang's motion for compassionate release on February 5, 2024.  Dkt. No. 139.  The motion for compassionate release is granted to the extent that Mr. Bang's sentence is reduced to an 81-month term of supervised release with the condition that he serve the first 21 of those months on home confinement as approved by the Probation Office at the residence of his brother (with permission to leave for all medical appointments and procedures).  The parties are directed to meet and confer and, after conferring with the Bureau of Prisons, to submit a proposed order no later than February 9, 2024, that will ensure Mr. Bang's release as soon as possible so he can receive the needed medical care.  Opinion to follow.

SO ORDERED.

Dated: February 6, 2024
       New York, New York                           _____
                                                         LEWIS J. LIMAN
                                                    United States District Judge