UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-                                              19 Cr. 213 (LJL)

CUONG BANG,

    Defendant.
------------------------------------------------------------x

## ORDER ON MOTION FOR A REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A)(i)

Liman, J.:

    IT IS HEREBY ORDERED that defendant Cuong Bang's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) is GRANTED; and it is further

    ORDERED, that defendant Cuong Bang's custodial sentence is reduced, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), to time served followed by 81 months of supervised release; and it is further

    ORDERED, that defendant Cuong Bang is to reside at the home of his brother Thomas Bang for the entirety of the 81 months of supervised release; and it is further

    ORDERED, that defendant Cuong Bang serve the first 21 of those months on home confinement as approved by the Department of Probation in his supervising district; and it is further

    ORDERED, that defendant Cuong Bang may leave his home only for medical appointments and medical procedures; and it is further

    ORDERED that defendant Cuong Bang's term and conditions of supervised release are unchanged, other than as set forth above; and it is further

    ORDERED that defendant Cuong Bang, (BOP # 77864-112) be released from the custody of the Bureau of Prisons forthwith.

    The Bureau of Prisons is respectfully requested to treat this as an urgent matter.

Dated: New York, New York
      February 8, 2024

                                              LEWIS J. LIMAN
                                        United States District Judge